**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| WAL-MART STORES, INC., T/D/B/A WALMART, | : | No. 60 WM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| BRIAN FARNETH, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 28th day of November, 2017, the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.